260

fourteen years of age, in his pick-up, drove out on a lonely road to a secluded spot, and, according to the appellant, he attempted to have intercourse with her three times. According to her testimony, he penetrated her body. This he denied. This matter was passed upon by the jury and they found the appellant guilty of the rape of this child.

Under the evidence presented, we think our opinion herein affirming this case is correct in all things.

The motion for rehearing is therefore overruled.

GRAVES, Presiding Judge.

The conviction is for unlawfully operating a motor vehicle upon a public highway while intoxicated and under the influence of intoxicating liquor. The punishment assessed is a fine of $150.

The complaint and information, as well as all other matters of procedure, appear to be in regular form. The record is before this court without a statement of facts or bills of exception in the absence of which nothing is presented for review.

The judgment is affirmed.

## BENEDICT v. STATE.
### No. 26743.

Court of Criminal Appeals of Texas.

Dec. 9, 1953.

